**WO**

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                       FOR THE DISTRICT OF ARIZONA

8

9    DAISY MOUNTAIN FIRE DISTRICT, )        No. CV-07-1767-PHX-SMM
     on behalf of itself and others similarly )
10   situated,                             )        **ORDER**
                                           )
11                                         )
                    Plaintiffs,            )
12                                         )
     v.                                    )
13                                         )
     MICROSOFT CORPORATION,                )
14                                         )
                                           )
15                  Defendant.             )
                                           )
16   ─────────────────────────────────────

17         Pursuant to stipulation of the parties (Dkt. 11),

18         **IT IS HEREBY ORDERED** that Microsoft Corporation shall have through and

19   until **November 5, 2007** to respond to the Complaint.

20         DATED this 9th day of October, 2007.

21

22

23                              Stephen M. McNamee
                                United States District Judge

24

25

26

27

28